# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNETH L. WALLER**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #103829**

v.　　　　　　　　　　　Case No. 5:19-cv-00181-KGB

**JOHN FELTS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Kenneth L. Waller's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so adjudged this 15th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　United States District Judge